IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC., a Delaware corporation, <br><br> Defendant. | C. A. No. 07-272-SLR <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT PALM, INC.'S RULE 7.1 (CORPORATE DISCLOSURE) STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Palm, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Robert T. Haslam <br> Nitin Subhedar <br> Jaideep Venkatesan <br> HELLER EHRMAN LLP <br> 275 Middlefield Road <br> Menlo Park, California 94025 <br> Tel: (650) 324-7000 <br><br> Robert D. Fram <br> Michael M. Markman <br> Robert J. Williams <br> HELLER EHRMAN LLP <br> 333 Bush Street <br> San Francisco, CA 94104-2878 <br> Tel: (415) 772-6000 | By: */s/ Richard L. Horwitz* <br>    Richard L. Horwitz (#2246) <br>    David E. Moore (#3983) <br>    Hercules Plaza, 6th Floor <br>    1313 North Market Street <br>    Wilmington, DE 19801 <br>    Tel: (302) 984-6000 <br>    rhorwitz@potteranderson.com <br>    dmoore@potteranderson.com <br><br> *Attorneys for Defendant Palm, Inc.* |

Dated: July 2, 2007
805105 / 31950

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 2, 2007, I have Electronically Mailed the documents to the following person(s):

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
JBlumenfeld@MNAT.com
rdsefiling@mnat.com

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com

By: /s/ Richard L. Horwitz
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com