IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>PALM, INC., a Delaware corporation,<br><br>   Defendant. | )<br>)<br>)<br>)  C. A. No. 07-272-SLR<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert T. Haslam, Nitin Subhedar and Jaideep Venkatesan of Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA, 94025 and Robert D. Fram and Robert J. Williams of Heller Ehrman LLP, 333 Bush Street, San Francisco, CA, 94104, to represent defendant Palm, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: July 17, 2007
805151 / 31950

*Attorneys for Defendant Palm, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 17, 2007     Signed:     */s/ Robert Haslam*
                                    Robert Haslam
                                    Heller Ehrman LLP
                                    275 Middlefield Road
                                    Menlo Park, CA 94025
                                    Telephone: 650-324-7000
                                    Facsimile: 650-324-0638
                                    Robert.haslam@hellerehrman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

    ☐ has been paid to the Clerk of the Court

    ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 17, 2007    Signed: */s/ Nitin Subhedar*
                                                            Nitin Subhedar
                                                            Heller Ehrman LLP
                                                            275 Middlefield Road
                                                           Menlo Park, CA 94025
                                                           Telephone: 650-324-7000
                                                           Facsimile: 650-324-0638
                                                           Nitin.subhedar@hellerehrman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 17, 2007      Signed:    */s/ Jaideep Venkatesan*
                                    Jaideep Venkatesan
                                    Heller Ehrman LLP
                                    275 Middlefield Road
                                    Menlo Park, CA  94025
                                    Telephone:  650-324-7000
                                    Facsimile:  650-324-0638
                                    Jay.venkatesan@hellerehrman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 17, 2007     Signed:     */s/ Robert D. Fram*
Robert D. Fram
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: 415-772-6000
Facsimile: 415-772-6268
Robert.fram@hellerehrman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

  ☐ has been paid to the Clerk of the Court

  ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 17, 2007  Signed: */s/ Robert J. Williams*
               Robert J. Williams
               Heller Ehrman LLP
               333 Bush Street
               San Francisco, CA 94104
               Telephone: 415-772-6000
               Facsimile: 415-772-6268
               Robert.williams@hellerehrman.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 17, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 17, 2007, I have Electronically Mailed the documents to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith, II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>JBlumenfeld@MNAT.com<br>rdsefiling@mnat.com | Carson P. Veach<br>Leland W. Hutchinson, Jr.<br>Jacob D. Koering<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>cveach@freebornpeters.com<br>lhutchinson@freebornpeters.com<br>jkoering@freebornpeters.com |

By: */s/ David E. Moore*
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19899-0951
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

805081/31950