IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC., <br> a Delaware corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-272 (SLR) |

## NOTICE OF SERVICE

       The undersigned hereby certifies that copies of *Plaintiff's Responses to First and Second Requests for Production of Documents and Tangible Things* were caused to be served on September 5, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz <br> David E. Moore <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, DE  19801 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com | *VIA ELECTRONIC MAIL* <br> *AND HAND DELIVERY* |
| Robert T. Haslam <br> Nitin Subhedar <br> Jaideep Venkatesan <br> HELLER EHRMAN LLP <br> 275 Middlefield Road <br> Menlo Park, CA  94025 <br> robert.haslam@hellerehrman.com <br> nitin.subhedar@hellerehrman.com <br> jay.venkatesan@hellerehrman.com | *VIA ELECTRONIC MAIL* <br> *AND FIRST CLASS MAIL* |

Robert D. Fram  *VIA ELECTRONIC MAIL*
Michael M. Markman  *AND FIRST CLASS MAIL*
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II (#3778)*_____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
          *Attorneys for Plaintiff*
          *Intermec Technologies Corp.*

OF COUNSEL:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
(312) 360-6000

September 5, 2007
844322

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on September 5, 2007, upon the following in the manner indicated:

Richard L. Horwitz                                                                              *VIA ELECTRONIC MAIL*
David E. Moore                                                                                   *AND HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam
Nitin Subhedar                                                                                   *VIA ELECTRONIC MAIL*
Jaideep Venkatesan                                                                          *AND FIRST CLASS MAIL*
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram                                                                                   *VIA ELECTRONIC MAIL*
Michael M. Markman                                                                        *AND FIRST CLASS MAIL*
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

>*/s/ Rodger D. Smith II (#3778)*
>Rodger D. Smith II (#3778)