IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 07-272 (SLR) |
| PALM, INC., a Delaware corporation, ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (a) Plaintiff Intermec Technologies Corp.'s Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a)(1); and (b) Plaintiff Intermec Technologies Corp.'s First Set Of Interrogatories Directed to Defendant Palm, Inc. were caused to be served on September 10, 2007, upon the following in the manner indicated:

Richard L. Horwitz  
David E. Moore  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza, 6th Floor  
1313 North Market Street  
Wilmington, DE  19801  
rhorwitz@potteranderson.com  
dmoore@potteranderson.com  

*VIA ELECTRONIC MAIL*  
*AND HAND DELIVERY*

Robert T. Haslam  
Nitin Subhedar  
Jaideep Venkatesan  
HELLER EHRMAN LLP  
275 Middlefield Road  
Menlo Park, CA  94025  
robert.haslam@hellerehrman.com  
nitin.subhedar@hellerehrman.com  
jay.venkatesan@hellerehrman.com  

*VIA ELECTRONIC MAIL*  
*AND FIRST CLASS MAIL*

Robert D. Fram  
Michael M. Markman  
Robert J. Williams  
HELLER EHRMAN LLP  
333 Bush Street  
San Francisco, CA 94104-2878  
robert.fram@hellerehrman.com  
michael.markman@hellerehrman.com  
robert.williams@hellerehrman.com  

OF COUNSEL:

Carson P. Veach  
Leland W. Hutchinson, Jr.  
Jacob D. Koering  
FREEBORN & PETERS LLP  
311 South Wacker Drive  
Suite 3000  
Chicago, IL 60606  
(312) 360-6000  

September 10, 2007  
844322

*VIA ELECTRONIC MAIL*  
*AND FIRST CLASS MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*  
Jack B. Blumenfeld (#1014)  
Rodger D. Smith II (#3778)  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
    *Attorneys for Plaintiff*  
    *Intermec Technologies Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on September 10, 2007, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| Robert T. Haslam<br>Nitin Subhedar<br>Jaideep Venkatesan<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>robert.haslam@hellerehrman.com<br>nitin.subhedar@hellerehrman.com<br>jay.venkatesan@hellerehrman.com | *VIA ELECTRONIC MAIL*<br>*AND FIRST CLASS MAIL* |
| Robert D. Fram<br>Michael M. Markman<br>Robert J. Williams<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>robert.fram@hellerehrman.com<br>michael.markman@hellerehrman.com<br>robert.williams@hellerehrman.com | *VIA ELECTRONIC MAIL*<br>*AND FIRST CLASS MAIL* |

/s/ *Rodger D. Smith II (#3778)*
Rodger D. Smith II (#3778)