**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-272-SLR |
| | ) | |
| PALM, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

        IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the

Court, that the time for Plaintiff Intermec Technologies Corp. to move, answer or otherwise

plead in response to Defendant Palm, Inc.'s Second Amended Answer, Defenses, Counterclaims,

and Jury Demand (D.I. 17) is extended until September 11, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

POTTER ANDERSON & CORROON LLP


By: */s/ Rodger D. Smith II (#3778)*
    Jack B. Blumenfeld (#1014)
    Rodger D. Smith II (#3778)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200
    rsmith@mnat.com

By: */s/ Richard L. Horwitz (#2246)*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware  19801
    (302) 984-6000
    rhorwitz@potteranderson.com

*Attorneys for Plaintiff*
*Intermec Technologies Corp.*

*Attorneys for Defendant*
*Palm, Inc.*

        IT IS SO ORDERED this _____ day of _____, 2007.

        _____
        United States District Judge

1230637