## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PALM, INC., a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| PALM, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>INTERMEC TECHNOLOGIES CORP., a Delaware Corporation,<br><br>Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 07-272 (SLR)

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Palm, Inc., hereby certifies that copies of the following documents were caused to be served on September 10, 2007, upon the following attorneys of record at the following addresses as indicated:

> DEFENDANT/COUNTERCLAIMANT PALM, INC .'S FRCP 26(a)(1) INITIAL DISCLOSURES
>
> PALM, INC.'S RESPONSES TO INTERMEC'S FIRST SET OF REQUESTS FOR PRODUCTION DIRECTED TO PALM, INC.

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899
JBlumenfeld@MNAT.com
rdsefiling@mnat.com

**VIA ELECTRONIC MAIL**

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com


OF COUNSEL:                                            POTTER ANDERSON & CORROON LLP

Robert T. Haslam
Nitin Subhedar                          By:   /s/ David E. Moore
Jaideep Venkatesan                              Richard L. Horwitz (#2246)
HELLER EHRMAN LLP                               David E. Moore (#3983)
275 Middlefield Road                            Hercules Plaza, 6th Floor
Menlo Park, California  94025                   1313 North Market Street
Tel:  (650) 324-7000                            Wilmington, DE 19801
                                                Tel:  (302) 984-6000
Robert D. Fram                                  rhorwitz@potteranderson.com
Michael M. Markman                              dmoore@potteranderson.com
Robert J. Williams
HELLER EHRMAN LLP                       *Attorneys for Defendant Palm, Inc.*
333 Bush Street
San Francisco, CA  94104-2878
Tel:  (415) 772-6000

Dated:  September 10, 2007

817946 / 31950

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 10, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 10, 2007, I have Electronically Mailed the documents to the following person(s):

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
JBlumenfeld@MNAT.com
rdsefiling@mnat.com

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com

By:  /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

805081/31950