IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., )<br>a Delaware corporation, )<br>                                                    )<br>                    Plaintiff,      )<br>        v.                               )   C.A. No. 07-272 (SLR)<br>                                                    )<br>PALM, INC.,                          )<br>a Delaware corporation,      )<br>                                                    )<br>                    Defendant.    ) | |

## INTERMEC'S MOTION TO STRIKE PALM'S INEQUITABLE CONDUCT DEFENSE

Plaintiff Intermec Technologies Corporation ("Intermec") hereby moves to strike Palm's inequitable conduct defense based on Palm's failure to allege the required knowledge and intentional conduct required to sustain such a claim. The bases for Intermec's motion are set forth in more detail in the Opening Brief filed herewith.

                                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                   */s/ Rodger D. Smith II (#3778)*
                                                   Jack B. Blumenfeld (#1014)
                                                   Rodger D. Smith II (#3778)
                                                   1201 N. Market Street
                                                   P.O. Box 1347
                                                   Wilmington, DE  19899
                                                   (302) 658-9200
                                                      *Attorneys for Plaintiff*
                                                      *Intermec Technologies Corp.*

OF COUNSEL:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
(312) 360-6000

September 10, 2007

1231129

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that counsel for plaintiff has discussed the subject of the foregoing motion with counsel for defendant, and the parties have not been able to reach agreement on the issues raised in the motion.

        */s/ Rodger D. Smith II*
        Rodger D. Smith II

September 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on September 11, 2007, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| Robert T. Haslam<br>Nitin Subhedar<br>Jaideep Venkatesan<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025<br>robert.haslam@hellerehrman.com<br>nitin.subhedar@hellerehrman.com<br>jay.venkatesan@hellerehrman.com | *VIA ELECTRONIC MAIL*<br>*AND FIRST CLASS MAIL* |
| Robert D. Fram<br>Michael M. Markman<br>Robert J. Williams<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878<br>robert.fram@hellerehrman.com<br>michael.markman@hellerehrman.com<br>robert.williams@hellerehrman.com | *VIA ELECTRONIC MAIL*<br>*AND FIRST CLASS MAIL* |

>*/s/ Rodger D. Smith II (#3778)*
>Rodger D. Smith II (#3778)