IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C. A. No. 07-272-SLR |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| PALM, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the date for defendant to respond to plaintiff's Motion to Strike (D.I. 23) shall be extended to October 2, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Rodger D. Smith, II
    Jack B. Blumenfeld (#1014)
    Rodger D. Smith, II (#3778)
    1201 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 658-9200
    jblumenfeld@mnat.com
    rsmith@mnat.com

*Attorneys for Plaintiff
Intermec Technologies Corp.*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Palm, Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

821556 / 31950