IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP.,<br>a Delaware corporation, | )<br>)<br>) | |
| Plaintiff/Counterclaim Defendant, | )<br>) | C.A. No. 07-272-SLR |
| v. | )<br>) | **JURY TRIAL DEMANDED** |
| PALM, INC.,<br>a Delaware corporation, | )<br>)<br>)<br>) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Palm, Inc., hereby certifies that copies of the following documents were caused to be served on November 9, 2007, upon the following attorneys of record at the following addresses as indicated:

PALM, INC.'S RESPONSES TO INTERMEC'S FIRST SET OF
INTERROGATORIES DIRECTED TO DEFENDANT PALM, INC.

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
JBlumenfeld@MNAT.com
rdsefiling@mnat.com

**VIA ELECTRONIC MAIL**

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert T. Haslam<br>Nitin Subhedar<br>Jaideep Venkatesan<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, California 94025<br>Tel: (650) 324-7000 | By: */s/ David E. Moore*<br>  Richard L. Horwitz (#2246)<br>  David E. Moore (#3983)<br>  Hercules Plaza, 6th Floor<br>  1313 North Market Street<br>  Wilmington, DE 19801<br>  Tel: (302) 984-6000<br>  rhorwitz@potteranderson.com<br>  dmoore@potteranderson.com |
| Robert D. Fram<br>Michael M. Markman<br>Robert J. Williams<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Tel: (415) 772-6000 | *Attorneys for Defendant Palm, Inc.* |

Dated: November 9, 2007
831089 / 31950

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 9, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 9, 2007, I have Electronically Mailed the documents to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | Carson P. Veach |
| Rodger D. Smith, II | Leland W. Hutchinson, Jr. |
| Morris, Nichols, Arsht & Tunnell LLP | Jacob D. Koering |
| 1201 N. Market Street | Freeborn & Peters LLP |
| Wilmington, DE 19899 | 311 South Wacker Drive, Suite 3000 |
| JBlumenfeld@MNAT.com | Chicago, IL 60606 |
| rdsefiling@mnat.com | cveach@freebornpeters.com |
| | lhutchinson@freebornpeters.com |
| | jkoering@freebornpeters.com |

By: /s/ David E. Moore
　　Richard L. Horwitz
　　David E. Moore
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, Delaware 19899-0951
　　Tel: (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

805081 / 31950