IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation,  Plaintiff,  v.  PALM, INC., a Delaware corporation,  Defendant. | ) ) ) ) ) ) ) C.A. No. 07-272 (SLR) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Intermec's Responses to Defendant Palm's First Set of Interrogatories* were caused to be served on November 12, 2007 upon the following in the manner indicated:

Richard L. Horwitz  
David E. Moore  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza, 6th Floor  
1313 North Market Street  
Wilmington, DE 19801  
rhorwitz@potteranderson.com  
dmoore@potteranderson.com  

*VIA ELECTRONIC MAIL AND HAND DELIVERY*

Robert T. Haslam  
Nitin Subhedar  
Jaideep Venkatesan  
HELLER EHRMAN LLP  
275 Middlefield Road  
Menlo Park, CA 94025  
robert.haslam@hellerehrman.com  
nitin.subhedar@hellerehrman.com  
jay.venkatesan@hellerehrman.com  

*VIA ELECTRONIC MAIL AND FIRST CLASS MAIL*

Robert D. Fram  
Michael M. Markman  
Robert J. Williams  
HELLER EHRMAN LLP  
333 Bush Street  
San Francisco, CA  94104-2878  
robert.fram@hellerehrman.com  
michael.markman@hellerehrman.com  
robert.williams@hellerehrman.com  

*VIA ELECTRONIC MAIL*  
*AND FIRST CLASS MAIL*  

MORRIS, NICHOLS, ARSHT & TUNNELL LLP  

*/s/ Rodger D. Smith II (#3778)*_____  
Jack B. Blumenfeld (#1014)  
Rodger D. Smith II (#3778)  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
  *Attorneys for Plaintiff*  
  *Intermec Technologies Corp.*  

OF COUNSEL:

Carson P. Veach  
Leland W. Hutchinson, Jr.  
David S. Becker  
Jacob D. Koering  
FREEBORN & PETERS LLP  
311 South Wacker Drive  
Suite 3000  
Chicago, IL  60606  
(312) 360-6000  

November 12, 2007  
844322

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on November 12, 2007, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| Robert T. Haslam<br>Nitin Subhedar<br>Jaideep Venkatesan<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025<br>robert.haslam@hellerehrman.com<br>nitin.subhedar@hellerehrman.com<br>jay.venkatesan@hellerehrman.com | *VIA ELECTRONIC MAIL*<br>*AND FIRST CLASS MAIL* |
| Robert D. Fram<br>Michael M. Markman<br>Robert J. Williams<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878<br>robert.fram@hellerehrman.com<br>michael.markman@hellerehrman.com<br>robert.williams@hellerehrman.com | *VIA ELECTRONIC MAIL*<br>*AND FIRST CLASS MAIL* |

>*/s/ Rodger D. Smith II (#3778)*
>Rodger D. Smith II (#3778)