IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 07-272 (SLR) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Disclosure Of Claims Asserted By Intermec Technologies Corp.* were caused to be served on January 11, 2008 upon the following in the manner indicated:

Richard L. Horwitz                                            *VIA ELECTRONIC MAIL*
David E. Moore                                                *AND HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam                                              *VIA ELECTRONIC MAIL*
Nitin Subhedar
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

2

Robert D. Fram  *VIA ELECTRONIC MAIL*
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Rodger D. Smith II (#3778)*
                        Jack B. Blumenfeld (#1014)
                        Rodger D. Smith II (#3778)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                           *Attorneys for Plaintiff*
                           *Intermec Technologies Corp.*

OF COUNSEL:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
(312) 360-6000

January 11, 2008
844322

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on January 11, 2008, upon the following in the manner indicated:

Richard L. Horwitz                                                      *VIA ELECTRONIC MAIL*
David E. Moore                                                          *AND HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam
Nitin Subhedar                                                            *VIA ELECTRONIC MAIL*
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram                                                          *VIA ELECTRONIC MAIL*
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

                                                              */s/ Rodger D. Smith II (#3778)*
                                                              Rodger D. Smith II (#3778)