IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., ) ) Plaintiff, ) ) v. ) ) PALM INC., ) ) Defendant. ) | Civ. No. 07-272-SLR/LPS |

**REVISED ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 4th day of March, 2008;

IT IS ORDERED that the above captioned case is hereby referred to Magistrate Judge Leonard P. Stark. Consistent with 28 U.S.C. § 636(b), Judge Stark shall:

1. Hear and determine all pretrial motions and related matters (including stipulations and briefing schedules), **except** motions and matters relating to claim construction,[1] summary judgment and trial.

2. Hear and determine all discovery disputes and related matters (including stipulations, briefing schedules, and review of protective orders).[2]

3. Conduct alternate dispute resolution.

---

[1] In patent cases.

[2] With respect to discovery disputes, Judge Robinson's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.

IT IS FURTHER ORDERED that the above caption shall be used in all subsequent filings in this case.

_____
United States District Judge