IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PALM, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendant. ) | C.A. No. 07-272 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Intermec Technologies Corp.'s Preliminary Invalidity and Non-Infringement Contentions* were caused to be served on March 10, 2008, upon the following in the manner indicated:

Richard L. Horwitz                                                                                            *VIA ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam                                                                                              *VIA ELECTRONIC MAIL*
Nitin Subhedar
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram  VIA ELECTRONIC MAIL
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

                                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                       */s/ Rodger D. Smith II*
                                                       _____
                                                       Jack B. Blumenfeld (#1014)
                                                       Rodger D. Smith II (#3778)
                                                       1201 N. Market Street
                                                       P.O. Box 1347
                                                       Wilmington, DE 19899
                                                       (302) 658-9200
                                                         *Attorneys for Plaintiff*
                                                         *Intermec Technologies Corp.*

OF COUNSEL:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 360-6000

March 10, 2008
844322

### CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on March 10, 2008, upon the following in the manner indicated:

Richard L. Horwitz                                             *VIA ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam                                             *VIA ELECTRONIC MAIL*
Nitin Subhedar
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram                                                *VIA ELECTRONIC MAIL*
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

                                                                     */s/ Rodger D. Smith II*

                                                                   Rodger D. Smith II (#3778)