IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, </br></br> Plaintiff/Counterclaim Defendant, </br></br> v. </br></br> PALM, INC., a Delaware corporation, </br></br> Defendant/Counterclaim Plaintiff. | C.A. No. 07-272-SLR/LPS </br></br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel for Defendant/Counterclaim Plaintiff Palm, Inc. hereby certifies that copies of the following documents were caused to be served on March 7, 2008, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT/COUNTERCLAIMANT PALM INC.'S PRELIMINARY INVALIDITY CONTENTIONS

DEFENDANT/COUNTERCLAIMANT PALM INC.'S NON-INFRINGEMENT CONTENTIONS AND RESPONSE TO PLAINTIFF INTERMEC'S INTERROGATORY NOS. 3 AND 5

## VIA ELECTRONIC MAIL

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
JBlumenfeld@MNAT.com
rsmith@mnat.com

Carson P. Veach
Leland W. Hutchinson, Jr.
Jennifer L. Fitzgerald
David S. Becker
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jfitzgerald@freebornpeters.com
dbecker@freebornpeters.com

OF COUNSEL:

Robert T. Haslam
Nitin Subhedar
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Tel: (650) 324-7000

Robert D. Fram
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Tel: (415) 772-6000

Dated: March 10, 2008
853747 / 31950

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 North Market Street
     Wilmington, DE 19801
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff
Palm, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 10, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 10, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
JBlumenfeld@MNAT.com
rdsefiling@mnat.com

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com

By: /s/ David E. Moore
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19899-0951
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

805081 / 31950