**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-272-SLR-LPS |
| PALM, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that that the deadline in paragraph 3 of Scheduling Order in this action (D.I. 18) for filing motions to amend the pleadings is extended until May 5, 2008. All other provisions of the Scheduling Order (D.I. 18) remain in full force and effect.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Rodger D. Smith II (#3778) | David E. Moore (#3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| (302) 658-9200 | (302) 984-6000 |
| rsmith@mnat.com | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiff Intermec Technologies Corp.* | *Attorneys for Defendant Palm, Inc.* |

IT IS SO ORDERED this _____ day of April 2008.

_____
J.