IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-272 (SLR) |
| PALM, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Intermec Technologies Corp.'s Preliminary Validity Contentions* were caused to be served on April 4, 2008, upon the following in the manner indicated:

Richard L. Horwitz                                                                                        *VIA HAND AND*
David E. Moore                                                                                            *ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam
Nitin Subhedar                                                                                            *VIA ELECTRONIC MAIL*
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram  
Michael M. Markman  
Robert J. Williams  
HELLER EHRMAN LLP  
333 Bush Street  
San Francisco, CA  94104-2878  
robert.fram@hellerehrman.com  
michael.markman@hellerehrman.com  
robert.williams@hellerehrman.com  

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)  
Rodger D. Smith II (#3778)  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
   *Attorneys for Plaintiff*  
   *Intermec Technologies Corp.*

OF COUNSEL:

Carson P. Veach  
Leland W. Hutchinson, Jr.  
Jacob D. Koering  
FREEBORN & PETERS LLP  
311 South Wacker Drive  
Suite 3000  
Chicago, IL  60606  
(312) 360-6000  

April 4, 2008  
844322

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on April 4, 2008, upon the following in the manner indicated:

Richard L. Horwitz                                               *VIA HAND AND ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam                                                  *VIA ELECTRONIC MAIL*
Nitin Subhedar
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram                                                       *VIA ELECTRONIC MAIL*
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

                                                                */s/ Rodger D. Smith II*

                                                             Rodger D. Smith II (#3778)