IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 07-272-SLR <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for filing motions to amend the pleadings, currently May 5, 2008 (by stipulation (D.I. 42)), is extended until May 19, 2008.

All remaining dates in the Case Scheduling Order (D.I. 18) remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Rodger D. Smith, II*
    Jack B. Blumenfeld (#1014)
    Rodger D. Smith, II (#3778)
    1201 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 658-9200
    jblumenfeld@mnat.com
    rsmith@mnat.com

*Attorneys for Plaintiff*
*Intermec Technologies Corp.*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Palm, Inc.*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

862945 / 31950