IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 07-272-SLR-LPS <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for filing motions to amend the pleadings, currently May 19, 2008 (by stipulation (D.I. 45)), is extended until May 23, 2008.

All remaining dates in the Case Scheduling Order (D.I. 18) remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
Wilmington, DE 19899
Tel: (302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiff
Intermec Technologies Corp.*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Palm, Inc.*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

865095 / 31950