# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PALM, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

C.A. No. 07-272-SLR-LPS

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Scheduling Order in this action (D.I. 18) is amended as follows:

1. All fact discovery shall be commenced in time to be completed by September 8, 2008.

2. Expert reports on issues for which the parties have the burden of proof are due September 12, 2008. Rebuttal expert reports are due October 1, 2008.

3. Expert discovery shall be commenced in time to be completed by October 31, 2008.

4. The parties shall exchange preliminary lists of those claim terms that they believe need construction and their preliminary proposed claim construction of those terms on July 18, 2008. The parties shall supplement their lists of the claim terms that they believe need construction and their proposed claim construction of those terms by October 15, 2008.

All other provisions of the Scheduling Order (D.I. 18) remain in full force and effect.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> rsmith@mnat.com | Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, Delaware  19801 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com |
| *Attorneys for Plaintiff* <br>  *Intermec Technologies Corp.* | *Attorneys for Defendant Palm, Inc.* |

IT IS SO ORDERED this _____ day of June 2008.

_____
J.