**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | C.A. No. 07-272-SLR/LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| PALM, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel for Defendant/Counterclaim Plaintiff Palm, Inc. hereby certifies that a copy of the following document was caused to be served on July 18, 2008, upon the following attorneys of record at the following addresses as indicated:

**DEFENDANT AND COUNTERCLAIMANT PALM INC.'S PRELIMINARY TERMS NEEDING CONSTRUCTION**

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899
JBlumenfeld@MNAT.com
rsmith@mnat.com

**VIA ELECTRONIC MAIL**

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Robert T. Haslam | |
| Nitin Subhedar | By:  */s/ Richard L. Horwitz* |
| Jaideep Venkatesan | Richard L. Horwitz (#2246) |
| HELLER EHRMAN LLP | David E. Moore (#3983) |
| 275 Middlefield Road | Hercules Plaza, 6th Floor |
| Menlo Park, California  94025 | 1313 North Market Street |
| Tel:  (650) 324-7000 | Wilmington, DE 19801 |
| | Tel:  (302) 984-6000 |
| Robert D. Fram | rhorwitz@potteranderson.com |
| Michael M. Markman | dmoore@potteranderson.com |
| Robert J. Williams | |
| HELLER EHRMAN LLP | *Attorneys for Defendant/Counterclaim Plaintiff* |
| 333 Bush Street | *Palm, Inc.* |
| San Francisco, CA  94104-2878 | |
| Tel:  (415) 772-6000 | |

Dated:  July 18, 2008
875049 / 31950