IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-272-SLR-LPS |
| PALM, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF JERRY TU

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, commencing at 10:00 a.m. on August 8, 2008, at the offices of Heller Ehrman, 333 Bush Street, San Francisco, California 94104, or at another time and place to be agreed upon by the parties, Intermec Technologies Corp. shall take the deposition of Jerry Tu.

This examination may be recorded by audio, visual, or stenographic means before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure.

You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
rsmith@mnat.com
(302) 658-9200
  Attorneys for Plaintiff Intermec Technologies Corp.

- 2 -

OF COUNSEL:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
(312) 360-6000

July 21, 2008

2416653

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on July 21, 2008, upon the following in the manner indicated:

Richard L. Horwitz					*VIA HAND AND ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam					*VIA ELECTRONIC MAIL*
Nitin Subhedar
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram						*VIA ELECTRONIC MAIL*
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)