IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-272-SLR-LPS |
| PALM, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF MICHAEL RANK

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, commencing at 10:00 a.m. on August 6, 2008, at the offices of Heller Ehrman, 333 Bush Street, San Francisco, California 94104, or at another time and place to be agreed upon by the parties, Intermec Technologies Corp. shall take the deposition of Michael Rank.

This examination may be recorded by audio, visual, or stenographic means before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure.

You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
rsmith@mnat.com
(302) 658-9200
  Attorneys for Plaintiff Intermec Technologies Corp.

- 2 -

OF COUNSEL:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
(312) 360-6000

July 21, 2008


2416680

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 21, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

       Richard L. Horwitz, Esquire
       David E. Moore, Esquire
       Potter Anderson & Corroon LLP

       I further certify that I caused to be served copies of the foregoing document on July 21, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *VIA HAND AND ELECTRONIC MAIL* |
| Robert T. Haslam<br>Nitin Subhedar<br>Jaideep Venkatesan<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025<br>robert.haslam@hellerehrman.com<br>nitin.subhedar@hellerehrman.com<br>jay.venkatesan@hellerehrman.com | *VIA ELECTRONIC MAIL* |
| Robert D. Fram<br>Michael M. Markman<br>Robert J. Williams<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878<br>robert.fram@hellerehrman.com<br>michael.markman@hellerehrman.com<br>robert.williams@hellerehrman.com | *VIA ELECTRONIC MAIL* |

       */s/ Rodger D. Smith II*

       Rodger D. Smith II (#3778)