IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | C.A. No. 07-272-SLR/LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| PALM, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

### STIPULATION AND PROPOSED ORDER RE EXPERT DISCOVERY

IT IS HEREBY agreed and stipulated, subject to the Court's approval, that:

1. Expert-related discovery in this action shall be limited to the final expert reports and depositions, as well as production of any and all documents, materials, and/or other information the experts reviewed in reaching their opinions (whether affirmative or rebuttal opinions), except as otherwise provided in this stipulation.

2. The parties and experts need not retain, produce or testify about drafts of the required expert reports (or related demonstratives and exhibits), other work product prepared by the experts or their staff, or notes, emails or other communications made in connection with the drafting of the reports.

3. Oral or written communications, and notes concerning such communications, between the experts and counsel for the party expecting to call the expert as a witness shall not be discoverable.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Rodger D. Smith II*<br>    Jack B. Blumenfeld (#1014)<br>    Rodger D. Smith II (#3778)<br>    1201 N. Market Street<br>    Wilmington, DE 19899<br>    Tel: (302) 658-9200<br>    jblumenfeld@mnat.com<br>    rsmith@mnat.com | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Intermec Technologies Corp.* | *Attorneys for Defendant*<br>*Palm, Inc.* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

875248 / 31950