IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PALM, INC., a Delaware corporation, <br><br> Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 07-272-SLR |

### DEFENDANT'S NOTICE OF DEPOSITION OF ARVIN D. DANIELSON

**PLEASE TAKE NOTICE** that Defendant, Palm, Inc. ("Palm") will take the deposition upon oral examination of Arvin D. Danielson commencing at 9:00 AM on Tuesday, August 19, 2008, at the offices of Heller Ehrman LLP, 701 Fifth Avenue, Suite 6100, Seattle, WA 98104, or at such other time and place as may be agreed upon by the parties.

The deposition will be taken before a notary public or other authorized officer and will continue from day to day until concluded, or may be continued until completed at a future date or dates. The deposition shall be recorded stenographically and by videotape by a person authorized by law to administer oaths.

HELLER EHRMAN LLP

By: /s/ *Michael M. Markman*

Robert D. Fram
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP

333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268


Robert T. Haslam
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

*Attorneys for Defendant*
*Palm, Inc.*


July 23, 2008


POTTER ANDERSON & CORROON LLP


By:  /s/ *David E. Moore*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 North Market Street
     Wilmington, DE 19801
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

Dated: July 23, 2008
875627 / 31950

*Attorneys for Defendant/Counterclaim Plaintiff*
*Palm, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 23, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 23, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | Carson P. Veach |
| Rodger D. Smith, II | Leland W. Hutchinson, Jr. |
| Morris, Nichols, Arsht & Tunnell LLP | Jacob D. Koering |
| 1201 N. Market Street | Freeborn & Peters LLP |
| Wilmington, DE 19899 | 311 South Wacker Drive, Suite 3000 |
| JBlumenfeld@MNAT.com | Chicago, IL 60606 |
| rdsefiling@mnat.com | cveach@freebornpeters.com |
| | lhutchinson@freebornpeters.com |
| | jkoering@freebornpeters.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

805081 / 31950