IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP.,<br>a Delaware corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PALM, INC.,<br>a Delaware corporation,<br><br>    Defendant/Counterclaim Plaintiff. | Case No.: 07-272-SLR |

### DEFENDANT'S NOTICE OF DEPOSITION OF LYLE L. ZUMBACH

**PLEASE TAKE NOTICE** that Defendant, Palm, Inc. ("Palm") will take the deposition upon oral examination of Lyle L. Zumbach commencing at 9:00 AM on Monday, August 18, 2008, at the offices of Heller Ehrman LLP, 701 Fifth Avenue, Suite 6100, Seattle, WA 98104, or at such other time and place as may be agreed upon by the parties.

The deposition will be taken before a notary public or other authorized officer and will continue from day to day until concluded, or may be continued until completed at a future date or dates. The deposition shall be recorded stenographically and by videotape by a person authorized by law to administer oaths.

HELLER EHRMAN LLP

By: /s/ *Michael M. Markman*

Robert D. Fram
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP

        333 Bush Street
        San Francisco, CA 94104-2878
        Telephone: (415) 772-6000
        Facsimile: (415) 772-6268


        Robert T. Haslam
        HELLER EHRMAN LLP
        275 Middlefield Road
        Menlo Park, California 94025
        Telephone: (650) 324-7000
        Facsimile: (650) 324-0638

        *Attorneys for Defendant*
        *Palm, Inc.*


July 23, 2008

        POTTER ANDERSON & CORROON LLP

        By: /s/ David E. Moore
            Richard L. Horwitz (#2246)
            David E. Moore (#3983)
            Hercules Plaza, 6th Floor
            1313 North Market Street
            Wilmington, DE 19801
            Tel: (302) 984-6000
            rhorwitz@potteranderson.com
            dmoore@potteranderson.com

Dated: July 23, 2008         *Attorneys for Defendant/Counterclaim Plaintiff*
875626 / 31950         *Palm, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 23, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 23, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
JBlumenfeld@MNAT.com
rdsefiling@mnat.com

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

805081 / 31950