IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | C.A. No. 07-272-SLR/LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| PALM, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendant/Counterclaim Plaintiff Palm, Inc. hereby certifies that a copy of the following document was caused to be served on the following attorneys of record at the following addresses as indicated:

DEFENDANT AND COUNTERCLAIMANT PALM INC.'S PRELIMINARY CLAIM CONSTRUCTION

**VIA ELECTRONIC MAIL ON 8/11/08 & FEDERAL EXPRESS ON 8/12/08**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
JBlumenfeld@MNAT.com
rdsefiling@mnat.com

David S. Becker
Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
dbecker@freebornpeters.com
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert T. Haslam<br>Nitin Subhedar<br>Jaideep Venkatesan<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, California  94025<br>Tel:  (650) 324-7000 | By:  /s/ David E. Moore<br>       Richard L. Horwitz (#2246)<br>       David E. Moore (#3983)<br>       Hercules Plaza, 6th Floor<br>       1313 North Market Street<br>       Wilmington, DE 19801<br>       Tel:  (302) 984-6000<br>       rhorwitz@potteranderson.com<br>       dmoore@potteranderson.com |
| Robert D. Fram<br>Michael M. Markman<br>Robert J. Williams<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878<br>Tel:  (415) 772-6000 | *Attorneys for Defendant/Counterclaim Plaintiff Palm, Inc.* |
| Dated:  August 12, 2008<br>878081 / 31950 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 12, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 12, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
JBlumenfeld@MNAT.com
rdsefiling@mnat.com

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
cveach@freebornpeters.com
lhutchinson@freebornpeters.com
jkoering@freebornpeters.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

805081 / 31950