IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERMEC TECHNOLOGIES CORP.,    )
a Delaware corporation,              )
                                )
                 Plaintiff,    )
                                )
           v.              )   C.A. No. 07-272 (SLR)
                                )
PALM, INC.,                    )
a Delaware corporation,              )
                                )
               Defendant.    )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *Intermec Technologies Corp.'s Responses to Palm, Inc.'s Third Set of Requests for Production of Documents and Tangible Things* were caused to be served on August 12, 2008, upon the following in the manner indicated:

Richard L. Horwitz                        *VIA HAND AND*
David E. Moore                         *ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam
Nitin Subhedar                         *VIA ELECTRONIC MAIL*
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram                                          *VIA ELECTRONIC MAIL*
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Rodger D. Smith II*
                                    _____
                                    Jack B. Blumenfeld (#1014)
                                    Rodger D. Smith II (#3778)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899
                                    (302) 658-9200
                                       *Attorneys for Plaintiff*
                                       *Intermec Technologies Corp.*

OF COUNSEL:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606
(312) 360-6000

August 12, 2008
844322

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on August 12, 2008, upon the following in the manner indicated:

Richard L. Horwitz                                  *VIA HAND AND ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Robert T. Haslam                                    *VIA ELECTRONIC MAIL*
Nitin Subhedar
Jaideep Venkatesan
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
robert.haslam@hellerehrman.com
nitin.subhedar@hellerehrman.com
jay.venkatesan@hellerehrman.com

Robert D. Fram                                      *VIA ELECTRONIC MAIL*
Michael M. Markman
Robert J. Williams
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
robert.fram@hellerehrman.com
michael.markman@hellerehrman.com
robert.williams@hellerehrman.com

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)