**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERMEC TECHNOLOGIES CORP., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-272-SLR-LPS |
| | ) | |
| PALM, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>STIPULATION AND ORDER</u>**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Scheduling Order in this action (D.I. 18) is amended as follows:

1.    All fact discovery shall be commenced in time to be completed by October 28, 2008.

2.    Expert reports on issues for which the parties have the burden of proof are due December 19, 2008.  Rebuttal expert reports are due January 16, 2009.

3.    Expert discovery shall be commenced in time to be completed by February 6, 2009.

4.    The parties shall supplement their lists of the claim terms that they believe need construction and their proposed claim construction of those terms by October 28, 2008.

5.    The parties shall address all evidentiary issues concerning expert witnesses in accordance with paragraph 8 of the Court's Scheduling Order (D.I. 18).

All other provisions of the Court's Scheduling Order (D.I. 18) remain in full force and effect.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

  *Attorneys for Plaintiff*
  *Intermec Technologies Corp.*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

  *Attorneys for Defendant Palm, Inc.*

IT IS SO ORDERED this _____ day of August 2008.

_____
                            J.

2449951