IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Intermec Technologies Corp., | : |
| Plaintiff. | : |
| | : Civil Action No. 07-272-SLR-LPS |
| v. | : |
| Palm Inc., | : |
| Defendant. | : |

## ORDER

And now this **19th**, day of **August, 2008**, having been advised that there is no longer a need for court intervention as the parties have resolved their discovery dispute, the teleconference scheduled for **Thursday, August 21st, 2008** at **3:30 PM** is hereby **CANCELED.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE