## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., )<br><br>Plaintiff, )<br><br>v. )<br><br>PALM, INC., )<br>Defendant. ) | C.A. No. 07-272-SLR-LPS |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Sean T. O'Kelly of Cross & Simon, LLC, hereby enters

his appearance as counsel on behalf of Plaintiff Intermec Technologies Corp., in the above-

entitled action.

CROSS & SIMON, LLC

Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware  19899-1380
302-777-4200
302-777-4224 (fax)
sokelly@crosslaw.com
*Attorney for Plaintiff*

Dated: March 5, 2009